# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-2473
_____

Edward Walton

*Plaintiff - Appellant*

v.

Booz Allen Hamilton Holding Corporation; Booz Allen Hamilton, Inc.; Liberty IT Solutions, LLC; Horacio Rozanski, CEO, Booz Allen Hamilton, Inc.; Scott Anthony Hanawalt, CEO, Liberty IT Solutions, LLC, Sr./Vice President, Booz Allen Hamilton, Inc.; Amanda Joan Beylo, HR

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Western District of Missouri - Springfield
_____

Submitted: January 8, 2025
Filed: January 14, 2025
[Unpublished]
_____

Before LOKEN, KELLY, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Edward Walton appeals the district court's[1] order dismissing his pro se employment-related action. After careful review of the record and the parties' arguments on appeal, we find no basis for reversal. <u>See</u> <u>Cook v. George's, Inc.</u>, 952 F.3d 935, 938 (8th Cir. 2020) (standard of review). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____

---

[1]The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.